## Commonwealth ex rel. Schwartz *v.* Schwartz, Appellant.

Argued December 5, 1974. *Kenneth N. Garber*, with him *Costigan, Garber & Rubin*, for appellant; *Leonard L. Ettinger*, with him *Ettinger, Poserina, Silverman, Dubin, Anapol & Sagot*, for appellee.

Orders affirmed.

VAN DER VOORT, J., absent.

## Courtney *v.* Courtney, Appellant.

Argued December 4, 1974. *George A. Hahalis*, for appellant; *Milton J. Goodman*, with him *Goodman & Goodman*, for appellee.

Order affirmed.

VAN DER VOORT, J., absent.